UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAYVON GRAY, <br><br> Plaintiff, <br><br> -v- <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | 22-cv-09761 (JSR) <br><br> <u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

    The parties have informed the Court that the parties have reached a settlement in principle. <u>See</u> Dkt. 34. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
June 23, 2023

_____
JED S. RAKOFF, U.S.D.J.

1